PATRICK BURNS, Respondent, *v.* THE MAYOR, Etc., OF THE CITY OF NEW YORK, Appellant.

*Wells in the city of New York — repairs of — section* 38, *chapter* 446, *Laws of* 1857.

This action was brought to recover for services and materials furnished by the plaintiff in repairing wells and pumps in the city of New York, in pursuance of the directions of the deputy street commissioner, between January 1 and April 9, 1870. *Held* (1), that the street commissioner had no authority to order the work to be done, the Croton aqueduct department having charge of all work relating to the repairs of wells and pumps; (2), that it nowhere appeared that the necessity of the work had been certified to by the head of the department, as required by section 38, chapter 446, Laws of 1857, and section 6 of the City Ordinances of 1866, page 93 ; (3), that the plaintiff was not entitled to recover.

APPEAL from a judgment. in favor of the plaintiff, entered upon the report of a referee.

*E. Delafield Smith,* for the appellant.

*Chas. H. Hatch,* for the respondent.

Opinion by DAVIS, P. J.

DANIELS, J., concurred.

Judgment reversed and new trial granted, costs to abide the event.